Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKHAIL YURYEVICH SOKOLOV,<br><br>                           Plaintiff,<br><br>         v.<br><br>UR M. JADDOU, *et al.*,<br><br>                           Defendants. | Case No. 2:24-cv-00536-MLP<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>June 26, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to hold this case in abeyance until July 31, 2024.  Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate his Form I-589, Application for Asylum and for Withholding of Removal.  Defendants' response to the Complaint is currently due on July 1, 2024.  The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until July 1, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00536-MLP] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS is conducting necessary security and background checks required before the issuance of a decision. USCIS requests an additional 30 days to continue this processing. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until July 31, 2024. The parties will submit a joint status report on or before July 31, 2024.

DATED this 26th day of June, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GIBBS HOUSTON PAUW |
| */s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax: (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Adam Boyd*<br>ADAM BOYD, WSBA# 49849<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: (206) 682-1080<br>Email: adam.boyd@ghp-law.net |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

***I certify that this memorandum contains 287 words, in compliance with the Local Civil Rules.***

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00536-MLP] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is held in abeyance until July 31, 2024.  The parties shall submit a joint status report on or before July 31, 2024.  It is so **ORDERED**.

DATED this 27th day of June, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00536-MLP] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800